Grazia Moscato, as Administratrix, etc., Respondent, v. Prince Line, Limited, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

Wallace T. Nickerson, Respondent, v. Electro Silicon Company, Appellant.— Reargument ordered, and case set down for Tuesday, May 9, 1916. The reargument will be confined to three questions: (1) May a duty to furnish automatic doors be based upon general usage where a statute (Labor Law, § 79)* requires them, when in the opinion of the Commissioner of Labor they are necessary, etc., and he by written notice requires them? (2) Is custom established by proof that they are customarily used, without showing that where installed they were installed without written notice from the Commissioner of Labor? (3) Is the defendant as an employer under any further duty than the duty the statute imposes upon the owner, agent or lessee? Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Kathi Paffen, Individually and as Executrix, etc., Appellant, v. The City of New York and The Coney Island and Brooklyn Railroad Company, Respondents.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the evidence presented a. question for the jury as to how decedent fell into the drain, and also we think that the objection to the question to the physician at folios 246 and 247 should not have been sustained. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

Antonio Perroto, Appellant, v. Mary Ennis, Respondent.— Judgment and order of the City Court of Mount Vernon affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Robert S. Brewster and Others, Comprising the Members of the Building Commission of Westchester County, and Others, Respondents, v. John J. Sinnott and Others, as Members of the Board of Supervisors of Westchester County, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *People ex rel. Commissioners* v. *Board of Supervisors* (36 Misc. Rep. 597; affd., 68 App. Div. 650; 170 N. Y. 105); and motion to dismiss appeal denied. Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.

The People of the State of New York ex rel. Charles W. Brown,

---

* See Consol. Laws, chap. 31 (Laws of 1909, chap. 36), § 79, as amd. by Laws of 1909, chap. 299. Since amd. by Laws of 1913, chap. 202, and Laws of 1914, chap. 366.— [REP.